Michael J. Stortz (SBN 139386)
Michael.Stortz@klgates.com
Tae H. Kim (SBN 331362)
Tae.Kim@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

*Attorneys for Defendants*
EDWARD D. JONES & CO., L.P. and THE JONES FINANCIAL COMPANIES, L.L.L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE EDWARD D. JONES & CO. DATA PRIVACY LITIGATION

Case No. 3:26-cv-01178-JD

*Assigned for all purposes to Hon. James Donato*

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

| | |
|---|---|
| Date: | August 13, 2026 |
| Time: | 11:00 a.m. |
| Location: | Courtroom 11 – 19th Floor |
| Judge: | Hon. James Donato |

| | |
|---|---|
| Compl. Filed: | February 6, 2026 |
| Am. Compl. Filed: | February 20, 2026 |
| Cons. Compl. Filed: | June 19, 2026 |

Pursuant to Federal Rule of Evidence 201, Defendants Edward D. Jones & Co., L.P. ("Edward Jones") and The Jones Financial Companies, L.L.L.P. (collectively, "Defendants") respectfully request that the Court take judicial notice of (1) the Edward Jones Website, www.edwardjones.com ("Website"), including its persistent "Notice, Consent & Right to Opt-Out" banner ("Cookies Banner") displayed to California visitors, and (2) the Online Privacy Policy accessible via a hyperlink embedded within that Cookies Banner, submitted in support of Defendants' Motion to Dismiss. True and correct copies of these materials are attached hereto as **Exhibits A and B**, respectively.

Plaintiffs' Consolidated Class Action Complaint ("CCAC") relies on the Website as the basis for a number of factual allegations and claims. *See, e.g.*, CCAC ¶¶ 2-10, 43-46, 149-151. Plaintiff Shah's claims in particular are premised entirely on his alleged visit to the Website. Specifically, Plaintiff Shah alleges that "[i]n or around October 2025," and "while physically present within the state of California," he visited the Website, navigated to the financial advisor matching page, and completed an online quiz through which he provided personal information. *Id.* ¶¶ 43-44. He further alleges that during that visit, Defendants caused his personal data and communications to be intercepted and disclosed to third parties without his knowledge or consent, and that Defendants "failed to disclose" the nature and extent of third-party data collection. *Id.* ¶¶ 45-46, 149-151. His entire theory of liability thus turns on what he encountered, and what he claims was not disclosed to him, during his single Website visit.

Having placed his Website visit squarely at issue, Plaintiff Shah cannot be permitted to rely selectively on those portions of the Website experience that favor his claims while omitting the portions that undermine them. The principle is well-established: where a plaintiff's claims are premised on a particular document or instrument, the defendant is entitled to introduce the complete version of that instrument for the Court's consideration at the pleading stage. *Parrino v. FHP, Inc.*, 146 F. 3d 699, 705-706 (9th Cir. 1998) (*superseded by statute on other grounds as stated in Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 681 (9th Cir. 2006)) (holding courts may take judicial notice to prevent plaintiffs from "deliberately omitting references to documents upon which their

claims are based"). The Cookies Banner is a mandatory and non-bypassable gateway that every California visitor must affirmatively respond to before accessing any portion of the Website. *See* Declaration of Angela Kammann in Support of Defendants' Motion to Dismiss ¶¶ 4-8. Plaintiff Shah's own allegations that he visited the Website and completed the advisor-matching quiz necessarily implies that he encountered and responded to the Cookies Banner before doing so. CCAC ¶¶ 43-44.

Judicial notice is appropriate for facts "not subject to reasonable dispute" that are capable of accurate and ready determination by resorting to "sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of publicly available documents and website content. *See Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) ("On a motion to dismiss, [the court] may consider . . . matters of public record"). "[A]s a general matter, websites and their contents may be proper subjects for judicial notice" provided that the party submits a copy of the relevant webpage to the court. *Caldwell v. Caldwell*, No. 05-cv-04166-PJH, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006); *see also Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012).

Courts in this District have taken judicial notice of publicly available website content, including cookies banners and privacy policies, in analogous CIPA and California privacy class actions. *See Lakes v. Ubisoft, Inc.*, 777 F. Supp. 3d 1047, 1053-54 (N.D. Cal. 2025) (taking judicial notice of defendant's cookies banner and privacy policy and dismissing claims with prejudice on consent grounds); *In re Google Location Hist. Litig.*, 428 F. Supp. 3d 185, 189-90 (N.D. Cal. 2019) (granting defendant's request for judicial notice of publicly available websites in CIPA and California constitution invasion of privacy class action). This Court should do the same here.

Accordingly, Defendants respectfully request that the Court take judicial notice of Exhibits A and B.

Dated: July 6, 2026

K&L GATES LLP

By: */s/ Michael J. Stortz*
Michael J. Stortz
Tae H. Kim
K. Taylor Yamahata

*Attorneys for Defendants*
EDWARD D. JONES & CO., L.P. and THE JONES FINANCIAL COMPANIES, L.L.L.P.

# EXHIBIT A


Country: United States | English
Edward Jones
Why Edward Jones
Working with a Financial Advisor
Investment Services
Market News and Insights
Secure Login
Find a Financial Advisor
#1 in Client Satisfaction Advised Inv
JD Power 2026 U.S. Investor Study, pu
Jan. 2026. Payment for using, not obta
Read the press release
Find a Financial Advisor
Edward Jones
Notice, Consent & Right to Opt-Out
Edward Jones uses cookies and similar technologies ("cookies") that collect information about your use of our Sites to allow them to function, to personalize and analyze your use of our Sites and for advertising. We also allow third-party partners, including ad platforms, to do the same, including collecting information about your use of our Sites and other websites. For more information about how we use cookies, please see our Online Privacy Policy.
By selecting Accept Cookies below, you agree and consent to the use of such cookies. If you select "Manage Cookies," you may customize the use of non-essential cookies.
Manage Cookies
Accept Cookies
JDPOWER
EDWARD JONES

# EXHIBIT B

# U.S. States Privacy Notice

Last Updated and Effective Date: September 26, 2025



Notice at Collection: Personal Information We Collect

Geolocation information – your location when you visit our Sites Inferences drawn from the categories of Personal Information above Notice at Collection: Purposes for Collection of Personal Information

Notice at Collection: Categories of Personal Information We Sell or Share and Related Information

Notice at Collection: Retention Periods

Sources from which Personal Information is collected

Use or Disclosure of Sensitive Personal Information for Inferring Characteristics

Disclosure of Personal Information For Business Purposes in the Past 12 Months

Additional Information About How We May Disclose Personal Information and Purposes for Disclosures

Our Use of Cookies and Other Tracking Technologies

Personal Information of Minors

Do Not Track Signals

Links to Other Websites / Social Media Buttons

How We Keep Your Personal Information Secure

Consumer Rights Under Comprehensive U.S. States Data Privacy Laws

Exercising Your Rights

Give Feedback

Exercising Your Rights Using Authorized Agents

Verification of Requests

When We Do Not Act on a Request – Appeal Process

Non-Discrimination

Changes to this Notice


This U.S. States Privacy Notice ("States Notice") explains how Edward Jones ("Edward Jones," "us," "our," "we") collects Personal Information based on interactions with our website, mobile site and applications ("Sites") and offline, how we use such information, and rights residents of states with applicable privacy laws may have with respect to such information. See Consumer Rights Under Comprehensive U.S. States Data Privacy Laws below.

The States Notice applies to Personal Information we collect, which is information that identifies, relates to, describes, is reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a state resident or household.

Please be aware that Edward Jones collects relatively limited amounts of consumer Personal Information subject to all of the rights and provisions under the state comprehensive privacy laws because the Personal Information we obtain is largely exempted as personal financial data subject to the federal Gramm-Leach-Bliley Act (GLBA), the Fair Credit Reporting Act (FCRA), and state based financial laws. This States Notice does not make disclosures about th exempted data, and the rights as described do not apply to the exempted data. The States Notice also does not apply to the Personal Information we collect about employees, independent contractors, or job applicants when applying for a position with us.

Give Feedback

**Notice at Collection: Personal Information We Collect**

The following information describes the categories of Personal Information we collect and have collected about you in the past 12 months.

*Personal identifiers* **-** Name, email address, IP address, phone number, unique personal identifier, online identifier

*Internet or other electronic network activity information* – your browsing behavior, search history, and information regarding your interaction with our Sites and advertisements (including information such as scrolling, clicks, and length of interactions), your unique personal identifier, media access control (MAC) address, device type, screen resolution, operating system version, and Internet browser type and version, and information about websites that referred you to our Sites

*Professional or employment-related information* – job title, business with which you are affiliated, information about your employer

***Geolocation information* – your location when you visit our Sites *Inferences drawn from the categories of Personal Information above* Notice at Collection: Purposes for Collection of Personal Information**

We collect your Personal Information to contact you; to deliver personalized services, content, information, and advertisements to you; to inform and tailor our marketing and research efforts; to measure, analyze, understand, and improve the performance and user experience on our Sites and the digital experiences we offer.

We also use Personal Information to prevent fraud, activities that violate our Terms of Service or other contracts, or that are illegal; and to protect our rights and the rights and safety of our users or others.

For those who interact with us in a commercial capacity, we use your Personal Information to engage in business transactions with the entity you represent and market to or engage in diligence with the entities you represent.

**Notice at Collection: Categories of Personal Information We Sell or Share and Related Information**

When we engage in digital advertising, we may sell the following categories of Personal Information (according to the broad definition of "sell" under the respective state statute) or we may share them for purposes of cross-context behavioral advertising: personal identifiers and internet or other electronic activity information.

These categories of Personal Information are sold to or shared for cross-context behavioral advertising to advertising networks and other companies that facilitate digital advertising. We engage in such sales and sharing to facilitate digital advertising that can reach people that are most likely to be interested in our products or services. We do so by allowing third parties to place cookies or other tracking technologies on our Sites that may collect information about your online activities over time and across different websites or applications. For more information about the use of cookies and other tracking technologies, see the section "Our Use of Cookies and Analytics" below.

To opt out of such sales and sharing of Personal Information, click here: Do Not Sell and Do Not Share my Personal Information.

We do not sell or share for cross-context behavioral advertising any of the other categories of Personal Information we collect.

Give Feedback

**Notice at Collection: Retention Periods**

We retain the categories of Personal Information we collect for the length of time necessary to provide our Services and to comply with legal obligations or to protect our legal rights.

**Sources from which Personal Information is collected**

- Directly and indirectly from you or an individual authorized by you
- Directly and indirectly from activity on our websites
- From third parties such as data aggregators, data brokers

**Use or Disclosure of Sensitive Personal Information for Inferring Characteristics**

We do not use or disclose Sensitive Personal Information as defined under the CCPA to create profiles about or infer characteristics about individuals, or for any purposes other than providing our products or services.

**Disclosure of Personal Information For Business Purposes in the Past 12 Months**
The following chart describes the categories of Personal Information we disclosed to third parties for a business purpose in the 12 months prior to the date of this Policy:

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| A. Identifiers. Examples: A name, phone number, address, email address, IP address, unique personal identifier, online identifier or other similar identifiers. | Yes<br>• You<br>• Your device<br>• Our customers, service providers and business partners | • Provide our Services to you<br>• Manage, monitor, improve, and optimize our Services<br>• Identify and inform you about our other products, services and offers that may be of interest to you | • Service providers<br>• Business partners with which we jointly offer services<br>• Recipients as required by law, regulation or judicial |

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| | | • Meet our contractual obligations with service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements<br>• Contact you about your account and provide customer service<br>• Detect and protect against security events, fraud, and illegal activities<br>• Aid us in enforcing our Terms of Use<br>• Facilitate email communications<br>• Provide security services and cloud-based data storage<br>• Host our Sites and assist with other technology-related functions<br>• Provide analytics information | process or order |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| | | • Process data subject requests | |
| B. Personal information categories listed in the California Customer Records statute (Cal. Civ. Code § 1798.80(e)). Examples: A name, signature, Social Security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information. | Yes<br>• You<br>• Our customers, service providers and business partners | • Provide our Services to you<br>• Manage, monitor, improve, and optimize our Services<br>• Inform you about our other products, services and offers that may be of interest to you<br>• Meet our contractual obligations with service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements<br>• Contact you about your account and provide customer service<br>• Detect and protect against security events, fraud, and illegal activities | • Service providers<br>• Business partners with which we jointly offer services<br>• Recipients as required by law, regulation or judicial process or order |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| C. Protected classification characteristics under California or federal law. Examples: Age (40 years or older), race, color, ancestry, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, veteran or military status, genetic information (including familial genetic information). | Yes<br>• You<br>• Our customers, service providers and business partners | • Aid us in enforcing our Terms of Use<br>• Inform you about our other products, services and offers that may be of interest to you<br>• Meet our contractual obligations with service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements<br>• Detect and protect against security events, fraud, and illegal activities | • Service providers<br>• Business partners with which we jointly offer services<br>• Recipients as required by law, regulation or judicial process or order |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| D. Commercial information. Examples: Records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. | Yes<br>• You<br>• Our customers, service providers and business partners | • Provide our Services to you<br>• Manage, monitor, improve, and optimize our Services<br>• Inform you about our other products, services and offers that may be of interest to you<br>• Meet our contractual obligations with service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements<br>• Contact you about your account and provide customer service<br>• Detect and protect against security events, fraud, and illegal activities<br>• Aid us in enforcing our Terms of Use | • You<br>• Service providers<br>• Recipients as required by law, regulation or judicial process or order |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| E. Biometric information. Examples:, physiological, behavioral, or activity patterns used to extract a template or other identifier or identifying information, such as, fingerprints, palm print, keystroke, gait, or other physical patterns, and sleep, health, or exercise data. | Yes<br>• Associates<br>• Contractors | • Detect and protect against security events, fraud, and illegal activities<br>• Respond to legal requests and meet other legal and regulatory requirements<br>• Provide analytics information | • Service providers<br>• Recipients as required by law, regulation or judicial process or order |
| F. Internet or other similar network activity. Examples: Your browsing behavior, search history, and information regarding your interaction with our Sites and advertisements (including scrolling, clicks, and length of interactions), your unique personal identifier, media access control (MAC) address, device type, screen resolution, operating system version, and Internet browser type and version, and information about websites that referred you to our Sites | Yes<br>• Your device<br>• Third party analytics providers | • Host our Sites and make them easier to use<br>• Assist with other technology-related functions<br>• Provide security services and cloud-based data storage<br>• Provide you with personalized content<br>• Improve our Services<br>• Identify and inform you about our other products, services and offers that may be of interest to you | • Service providers<br>• Recipients as required by law, regulation or judicial process or order |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| | | • Provide analytics information | |
| G. Geolocation data. Examples: Physical location or movements. | Yes<br>• Your device<br>• Third party analytics providers | • Provide our Services to you<br>• Monitor our Services<br>• Meet our contractual obligations with service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements<br>• Detect and protect against security events, fraud, and illegal activities | • Service providers<br>• Recipients as required by law, regulation or judicial process or order |
| H. Sensory data. Examples: Audio, electronic, visual, thermal, olfactory, or similar information. | No | N/A | N/A |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| I. Professional or employment-related information. Examples: Job title, business with which you are affiliated, information about your employer. | Yes<br>• You<br>• Our customers, service providers and business partners | • Inform you about our other products, services and offers that may be of interest to you<br>• Meet our contractual obligations with our customers, service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements | • Service providers<br>• Recipients as required by law, regulation or judicial process or order |
| J. Non-public education information (per the Family Educational Rights and Privacy Act (20 U.S.C. Section 1232g, 34 C.F.R. Part 99)). Examples: Education records directly related to a student maintained by an educational institution or party acting on its behalf, such as grades, transcripts, class lists, student schedules, student identification codes, student financial | Yes<br>• Associates<br>• Contractors<br>• Service providers and business partners | • Meet our contractual obligations with service providers or business partners<br>• Respond to legal requests and meet other legal and regulatory requirements | • Service providers<br>• Recipients as required by law, regulation or judicial process or order |

Give Feedback

| Category | Whether Data is Collected and the Source of Collection | Business or Commercial Purpose for Collection or Use | Category of Third Party Recipient |
|---|---|---|---|
| information, or student disciplinary records. | | | |
| K. Inferences drawn from other personal information. Examples: Profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes. | Yes<br>• You<br>• Our customers, service providers and business partners | • Assist with advertising and marketing, and provide analytics information<br>• Provide our Services to you<br>• Manage, monitor, improve, and optimize our Services<br>• Inform you about our other products, services and offers that may be of interest to you | • Service providers<br>• Business partners with which we jointly offer services<br>• Recipients as required by law, regulation or judicial process or order |

Give Feedback

Additional Information About How We May Disclose Personal Information and Purposes for Disclosures

We may also disclose your Personal Information as required or permitted by law to comply with a subpoena or similar legal process or government request, or when we believe in good faith that disclosure is legally required or otherwise necessary to protect our rights and property or the rights, property, or safety of others, including to law enforcement agencies, and judicial and regulatory authorities. We may also disclose your Personal Information to third parties to help detect and protect against fraud or data security vulnerabilities. And we may disclose or transfer your Personal Information to a third party in the event of an actual or potential sale, merger, reorganization of our entity or other restructuring.

**Our Use of Cookies and Other Tracking Technologies**

The functionality of our Sites is based, in part, on your browser's ability to accept cookie files. Cookies are pieces of information that a website transfers to your hard drive that allow you to navigate a website more easily and customize website features that are updated each time you visit a website.

Cookies also help us track repeat visits to our Sites. Most browsers are initially set up to accept cookies. You may set your preferences to refuse cookies; however, this may limit your access to some areas of our Sites.

We may also use, in addition to cookies, pixel tags, web beacons and other similar tracking technologies ("tracking technologies") to automatically collect information through the Sites. We may use these tracking technologies to help identify irregular behavior, prevent fraudulent activity, and improve security, as well as making it possible for you to save your preferences and help us understand how you interact with our Services.

We also allow third parties (including Google and Meta) to use third party tracking technologies to collect or receive information about how you interact with our Sites and elsewhere on the Internet and use that information to provide analytics and other measurements services, and to deliver and target advertisements tailored to you. Third parties may also use some of these technologies to assist us in determining if you require assistance or are having problems navigating on our Sites, and this may include technologies that record your interactions with the Sites, including without limitation, your keystrokes, mouse clicks, screen touches, and information about when, how and from where you accessed our Sites. You may set your browser to notify you when you receive a cookie. Many web browsers also allow you to block cookies. You can disable cookies from your computer system by following the instructions on your browser or at www.youradchoices.com. See "Consumer Rights Under Comprehensive U.S. States Data Privacy Laws" section below for additional information about how to opt out of the use of some of these types of tracking technologies.

Give Feedback

We use Google Analytics to evaluate the use of our website. Google Analytics uses cookies and other identifiers to collect information, such as how often users visit a website, what pages they visit when they do so, and what other websites they visited prior to visiting our Sites. We also participate in the following Google Analytics Advertising features provided by Google: Google Campaign Manager 360. This feature uses first party cookies (such as the Google Analytics cookie) to connect the tracking activity performed by third-party cookies (such as Google advertising cookies) to help measure the effectiveness of our marketing efforts. For information about Google's privacy practices, please refer to the Google Privacy Policy: https://policies.google.com/privacy?hl=en-US#infocollect. You may opt-out of the Google Analytics service with the Google Analytics Opt-out Browser Add-on available at: Google Analytics Opt-out Browser Add-on Download Page.

### Personal Information of Minors

Our products, services and Sites are not directed to minors under the age of 13 and we do not knowingly sell or share for purposes of behavioral advertising the Personal Information of minors, including minors under 16 years of age.

### Do Not Track Signals

Industry standards are currently evolving, and we may not separately respond to or take action with respect to any "do not track" (“DNT”) configuration you have enabled in your internet browser. At this time, we do not respond to the DNT signal.

### Links to Other Websites / Social Media Buttons

For your convenience, our Sites may contain links to other websites, including social media buttons that may direct you to other sites or platforms. This does not imply any affiliation with, or an endorsement, authorization, sponsorship or promotion of a non-Edward Jones website, application, platform, or the owner thereof. Edward Jones accepts no responsibility for the content, products, or services provided on linked websites. If you choose to access such non-Edward Jones websites, applications, or platforms, you do so at your own risk, and you should be aware that those websites, applications, and platforms are governed by their own terms and conditions and privacy policies.

Give Feedback

### How We Keep Your Personal Information Secure

We implement and maintain reasonable security appropriate to the nature of the Personal Information that we collect, use, retain, transfer or otherwise process. However, there is no perfect security, and reasonable security is a process that involves risk management rather than risk elimination. While we are committed to maintaining a reasonable information security program, no such program can be perfect; in other words, all risk cannot reasonably be eliminated. Data security incidents and breaches can occur due to factors that cannot reasonably be prevented. Accordingly, it cannot be assumed that the occurrence of any given incident or breach results from our failure to implement and maintain reasonable security.

Consumer Rights Under Comprehensive U.S. States Data Privacy Laws

State privacy laws in some states give their residents specific rights regarding the Personal Information we collect about them, with some exceptions. Edward Jones is not subject to all of the state laws because we are subject to certain federal or state financial privacy laws. We list below the rights that may be applicable to our business under the state laws:

*Right to Know*: The right to confirm whether we are processing a resident's Personal Information and to access such data. Laws in some states provide the right to know more detailed information.

- California's privacy law gives residents the right to request the following additional information collected since January 1, 2022: Categories of Personal Information we have collected about them; categories of sources from which such Personal Information was collected; categories of Personal Information that the business sold or disclosed for a business purpose about the consumer; categories of third parties to whom the Personal Information was sold or disclosed for a business purpose; and the business or commercial purpose for collecting or selling your Personal Information
- Oregon's privacy law gives residents the right to request a list of third-party entities to which we have disclosed Personal Information.

*Right to Access / Copy*: The right to access or request a copy of the Personal Information we have collected from the resident, subject to certain exceptions.

*Right to Delete*: The right to request deletion of their Personal Information that we have collected from or about the resident and to have such information deleted, subject to certain exceptions.

*Right to Correct*: The right to request that we correct inaccuracies in the resident's Personal Information, considering the nature of personal data and purposes of processing such information.

*Rights to Opt Out*: Various rights to request that we stop using the resident's Personal Information for one or more of the following purposes:

- Sale of Personal Information: The right to request that we stop selling their Personal Information, consistent with the definition of "sale" in each law.
- Targeted Advertising: The right to request that we stop processing their Personal Information for targeted advertising, subject to exceptions in some state laws.
- Sharing for Cross-Context Behavioral Advertising: California's law provides the right to request that we stop sharing Personal Information for cross-context behavioral advertising.

Please note, California's law is the only law that applies to all state residents, irrespective of the context in which they interact with us (e.g., a customer, a business contact, a vendor). Laws in other states apply only to people when acting in an individual or household context.

Give Feedback

Exercising Your Rights

We will respond to requests from residents of states with data privacy laws that apply to us and to the rights that are provided under the requestor's state law as of the effective date of that law.

*Rights to Know, Delete, Correct or relating to Profiling*

To exercise your rights to know, delete or correct, please **go to our secure portal**, operated by our privacy software vendor, OneTrust. Or you may contact us toll-free at **855-898-6102**, at which time you will be able to leave the details of your request in a secure voicemail.

Only you, or someone legally authorized to act on your behalf, may make a verifiable consumer request related to your Personal Information. You may also make a verifiable consumer request on behalf of your minor child.

To exercise opt-out rights, submit your request

*Opt-out Preference Signals and Do Not Track*

An opt-out preference signal is sent by a platform, technology, or mechanism on behalf of consumers and communicates a consumer's choice to opt out of the sale and sharing of Personal Information for cross-context behavioral advertising with all businesses that recognize the signal, without having to make individualized requests. The signal can be set on certain browsers or through opt-out plug-in tools.

We recognize the Global Privacy Control signal and do so at the browser level. This means that if the signal is sent through a specific browser, we will recognize it for that browser only, and only with respect to the identifiers for that browser. If you would like more information about opt-out preference signals, including how to use them, the Global Privacy Control website ha such information (https://globalprivacycontrol.org/).

Give Feedback

We will respond to opt-out requests as soon as feasibly possible, but no later than 15 business days after receipt of your request. If we require additional information or time to process your requests, we will contact you.

*Exercising Your Rights Using Authorized Agents*

Agents may submit opt-out requests on behalf of individuals under several state data privacy laws. Additionally, California residents can designate an agent to submit all types of data requests.

If the agent submits an opt-out request on your behalf, the agent will need to provide us with your signed permission indicating the agent has been authorized to submit the opt-out request on your behalf. Agents can submit opt-out requests **go to our secure portal**.

If you are a California resident and you use an agent to submit other types of requests, the agent will need to provide us with your signed permission indicating the agent has been authorized to submit the request on your behalf. You will also be required to verify your identity directly with us or confirm with us that you provided the agent with permission to submit the request. Agents can submit requests on behalf of California residents (other than opt-out requests) **go to our secure portal**.

Please note that this subsection does not apply when an agent is authorized to act on your behalf pursuant to a valid power of attorney. Any such requests will be processed in accordance with state law pertaining to powers of attorney.

*Verification of Requests*

When you make a **Request to Know, Request to Delete** or **Request to Correct**, we will take steps to verify your identity. These steps may include asking you for information that we or our identity verification knows about you. If we are unable to verify your identity with the degree of certainty required, we will not be able to respond to the request. We will notify you to explain the basis of any denial.

We cannot respond to your request or provide you with Personal Information if we cannot verify your identity or authority to make the request and confirm the Personal Information relates to you. In limited circumstances, we may need to contact you to obtain additional information to process your request.

We will only use Personal Information provided in a verifiable consumer request to verify your identity or authority to make the request.

Give Feedback

*When We Do Not Act on a Request – Appeal Process*

In some cases, we may not act on your requests (e.g., if we cannot do so under other laws that apply). When this is the case, we will explain our reasons for not providing you with the information or taking the action (e.g., correcting data) you requested.

Additionally, you have the right to appeal our decision by contacting us at **855-898-6102** within 30 days after your receipt of our decision.

*Non-Discrimination*

If you exercise any of the rights explained in this US States Privacy Notice, we will continue to treat you fairly. If you exercise your rights under this US States Privacy Notice, you will not be denied or charged different prices or rates for goods or services or provided a different level or quality of goods or services than others

**Changes to this Notice**

Edward Jones reserves the right to change this Notice at our discretion and at any time. Changes are effective upon posting to our Sites. If we make a material change to the Notice, we will be notified through a notice on our website and by changing the effective date at the beginning of this Notice.

**If you require assistance in obtaining this US States Notice in another accessible alternative format, you may also call us at (855) 898-6102**

## Disclosures

Information about the services, fees and agreements that are part of your relationship with us.

Learn More



Give Feedback

**Are you on track to meet your financial goals?**

Match with Financial Advisors personalized for you. Consultations are complimentary.

Take the quiz

## Search for a Financial Advisor

Search By:

City, State or ZIP    Financial Advisor Name

City, State or Zip

Search

## Market Data

**DJIA** 52,319.20 ↑(+136.46) **S&P 500** 7,499.36 ↑(+58.93) **NASDAQ** 26,213.72 ↑(+393.58)

Find a Financial Advisor

Disclosures

News and Media

Careers

Resources for CPAs and Attorneys

Client Relationship Summary

Client Resource Center

Follow us to stay up to date

Feedback | Privacy and Security Center | Revenue Sharing (pdf) | Accessibility | Terms of Use | Cookie Preference Management

Give Feedback

Copyright © 2026 Edward Jones. All rights reserved. Member SIPC.

This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. financial advisors. Edward Jones' U.S. financial advisors may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Find a Financial Advisor