**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARK MAURER, et al.,<br><br>Plaintiffs,<br>v.<br><br>EDWARD D. JONES & CO., L.P., et al.,<br><br>Defendants. | Case No. 4:26-cv-01294-MAL |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants Edward D. Jones & Co., L.P. ("Edward Jones") and The Jones Financial Companies, L.L.L.P. (collectively, "Defendants"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court for an order dismissing Plaintiffs' Consolidated Class Action Complaint ("CCAC") in its entirety, with prejudice. In support of this Motion, Defendants rely upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, filed concurrently herewith and incorporated by reference. The grounds for dismissal are as follows:

1. Plaintiffs lack Article III standing because they fail to allege concrete, particularized injuries specific to any named Plaintiff. Plaintiffs further cannot demonstrate a real and immediate threat of future injury sufficient to support their requests for injunctive or declaratory relief.

2. The CCAC fails to state a claim under the California Invasion of Privacy Act ("CIPA") §§ 631, 632, and 638.51, and the Electronic Communications Privacy Act ("ECPA"), because Plaintiffs do not plausibly allege contemporaneous in-transit interception, interception of communication "contents," the use of a tangible recording device or confidential communication, or a statutory framework covering the internet activity at issue.

3. Plaintiffs' common law invasion of privacy, negligence, and unjust enrichment claims fail because Plaintiffs do not allege conduct meeting the "highly offensive" standard, cannot overcome the economic loss rule, and unjust enrichment is not an independent cause of action under California law.

4. Plaintiffs lack statutory standing under the Unfair Competition Law ("UCL") and the California Comprehensive Data Access and Fraud Act ("CDAFA") because they fail to allege cognizable economic harm.

5. Plaintiffs fail to show that they are entitled to equitable relief because they have adequate remedies at law.

6. Plaintiff Vishal Shah's claims are independently barred by his prior voluntary dismissal with prejudice of identical claims against Defendant Edward Jones in the Central District of California.

WHEREFORE, Defendants respectfully request that the Court grant this Motion, dismiss the Consolidated Class Action Complaint in its entirety, with prejudice, and award Defendants such other and further relief as the Court deems just and proper.

Dated: September 16, 2026.

Respectfully submitted,

**THOMPSON COBURN LLP**

/s/ *Maria G. Zschoche*
Maria G. Zschoche #56635
Brian A. Lamping #61054
505 N. 7th Street
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (facsimile)
mzschoche@thompsoncoburn.com
blamping@thompsoncoburn.com

**K&L GATES LLP**

Michael J. Stortz #139386(CA)
Tae H. Kim #331362(CA)
K. Taylor Yamahata #347192(CA)
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
(415) 882-8220 (facsimile)
michael.stortz@klgates.com
tae.kim@klgates.com
taylor.yamahata@klgates.com

*Attorneys for Defendants*
EDWARD D. JONES & CO., L.P., and
THE JONES FINANCIAL COMPANIES,
L.L.L.P.