UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK MAURER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:26-cv-01294-MAL |
| | ) | |
| EDWARD D. JONES & CO., L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Amended Disclosure Statement**

Pursuant to Local Rule 2.09, and Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4, the undersigned discloses the following information about:

**Edward D. Jones & Co., L.P.**

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s):

**Edward D. Jones & Co., L.P. is a Missouri Limited Partnership that is not publicly traded.**

b. Its parent companies or corporations (if none, state "none"):

**The Jones Financial Companies, L.L.L.P. (Limited Partner); EDJ Holding Company, Inc. (General Partner)**

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"): **None.**

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **None.**

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations: **The subject is not a party in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). However, Edward D. Jones & Co., L.P. is a Missouri limited partnership with its principal place of business in Missouri.**

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of ***all*** persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

3. If the subject is an organizational victim in a criminal case,

a. The victim's identity ____________________________

b. If the victim is a corporation,

1. Whether it is publicly traded, and if it is, on which exchange(s):

2. Its parent companies or corporations (if none, state "none"):

3. Subsidiaries that are not wholly owned by the subject (if none, state "none"):

4. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2); Fed. R. Crim. P. 12.4(b)(2).

Respectfully submitted,

THOMPSON COBURN LLP

*/s/ Maria G. Zschoche*

Maria G. Zschoche, #56635
Brian A. Lamping, #61054
One US Bank Plaza, Suite 2800
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax
mzschoche@thompsoncoburn.com
blamping@thompsoncoburn.com

K&L GATES LLP
Michael J. Stortz
Tae H. Kim
K. Taylor Yamahata
Four Embarcardero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8200
(415) 882-8220 Fax
Michael.stortz@klgates.com
Tae.kim@klgates.com
Taylor.yamahata@klgates.com

*Attorneys for Defendants*
*Edward D. Jones & Co., L.P. and The Jones Financial Companies, L.L.L.P.*

**Certificate of Service**

I hereby certify that a true copy of the foregoing Amended Disclosure Statement was served by electronic notice on all parties on September 17, 2026.

*/s/ Maria G. Zschoche*